UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER SANDERS,
    Plaintiff,

vs.                                        Case No.: 3:23cv15473/TKW/ZCB

MAJOR JACKSON, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious based on Plaintiff's failure to fully disclose his litigation history. *See Burrell v. Moore*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury...."). Accordingly, it is

**ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. §1915A(b)(i).

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 9th day of November, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**